UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICKY LEE McDEID,

Petitioner,

v.

MICHAEL O'KEEFE, Minnesota Commissioner of Human Services,

Respondent.

Civil No. 02-31 (RHK/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus challenging the legality of his confinement at the Minnesota Sexual Psychopathic Personality Treatment Center in Moose Lake, Minnesota, and alleging violations of his rights under the United States Constitution;

**IT IS HEREBY ORDERED** that respondent shall file a response to petitioner's application within thirty (30) days of the date of this Order. Such response shall address the merits of petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall include copies of all written materials from prior state court proceedings that are relevant to the issues raised in the application. The response should also address the issue of whether all of petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the Minnesota Supreme Court, and, if not, whether those claims that have not been fairly presented could still be raised and adjudicated in the State Supreme Court.

Dated: Feb. 11, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK