**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**RICKY LEE MCDEID,**

Petitioner,

v.

**MICHAEL O'KEEFE, Minnesota Commissioner of Human Services,**

Respondent.

---

Civil No. 02-31 (RHK/JGL)

**ORDER**

APPEARANCES

Allan R. Poncin, Esq., for Petitioner
Angela M. Helseth, Esq., Assistant Attorney General, for Respondent

---

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff dated March 28, 2002; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner Ricky Lee McDeid's Petition pursuant to 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DENIED** and the matter is **DISMISSED WITH PREJUDICE**.

Dated: 5/9/02

RICHARD H. KYLE
United States District Court

MAY 10 2002

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 10 2002
DEPUTY CLERK ______

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.